IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANE SOLTER, | : | |
| Plaintiffs | : | Civil Case Number |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER OF SOCIAL, | : | NO. 09-cv-2821 |
| SECURITY | : | |
| Defendants | : | |

## ORDER

AND NOW, this 8th day of September, 2010, upon consideration of plaintiff's request for review, and defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is approved and adopted; and

2. The plaintiff's request for review is denied.

                                              BY THE COURT:

                                              /s/ LAWRENCE F. STENGEL
                                              LAWRENCE F. STENGEL, J.